**05-20651
CIV-SEITZ**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

MAGISTRATE JUDGE
BANDSTRA

In Re: Letter Rogatory from Nepal
For Judicial Assistance In The Criminal
Matter Of Bijaya Kumar Gachhedar
_____/

FILED by \_\_\_\_ D.C.
MAR 1 6 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

## ORDER

Upon application of Assistant United States Attorney made on behalf of the Commission for the Investigation of Abuse of Authority ("CIAA"), which is seeking evidence for use in a judicial proceeding in Nepal, and the Court having read and considered the letter rogatory of January 21, 2005, and it appearing that the requirements of 28 U.S.C. § 1782 have been satisfied,

IT IS HEREBY ORDERED, pursuant to the authority conferred by 28 U.S.C. § 1782 and this Court's inherent authority, that Karen E. Rochlin is appointed as Commissioner of this Court and hereby directed to take such steps as are necessary to collect the evidence requested. In doing so, the Commissioner is not required to follow the Federal Rules of Civil Procedure and the following rules shall govern:

1. the Commissioner may issue commissioner's subpoenas to be served on persons (natural and artificial) within the jurisdiction of this Court ordering them or their representatives to appear and to testify and produce evidence located within the United States;

2. the Commissioner shall provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other person shall be required);

3. the Commissioner shall adopt procedures to collect the evidence requested consistent with its use as evidence in a proceeding before a tribunal in Nepal, which procedures may be



specified in the request or provided by the requesting court or authority or by a representative of Nepal;

4. in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of Nepal;

5. any person from whom the Commissioner seeks to collect evidence may oppose the giving of evidence, or the circumstances thereof, by motion timely filed with this Court, a copy of which shall be provided contemporaneously to the Commissioner;

6. the Commissioner may seek such further orders of this Court as may be necessary to execute this request, including:

   a. orders to show cause why persons served with commissioner's subpoenas who fail to produce evidence should not be held in contempt, and

   b. protective orders to regulate the use of the evidence collected;

7. the Commissioner shall certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to the requesting court or authority; and

8. the Commissioner may provide copies of the evidence collected to persons identified in the request as parties to whom such copies should be given (and to no other persons).

*Patricia A. Seitz*
UNITED STATES DISTRICT JUDGE

Dated: March 18, 2005

cc: Karen E. Rochlin, AUSA (2 certified copies)